ZEDEKIAH SANGER *ver-sus* THOMAS PALMER AND MARY A. W. PALMER.

JOURNAL ENTRIES (1831): *Journal 4:* (1) Motion to take bill as confessed and for reference to master *p. 438; (2) bill taken as confessed, referred to master *p. 442; (3) master's report confirmed, decree *p. 457.
PAPERS IN FILE: [None]
*Chancery Case* 137 of 1830.

HENRY P. POWERS *versus* WILLIAM KEITH, THOMAS LEWIS, AND MADISON SPEARS.

JOURNAL ENTRIES (1831–35): *Journal 4:* (1) Continued *p. 441; (2) continued *p. 485; (3) continued *p. 519. *Journal 5:* (4) Settled *p. 99.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) precipe for writ of injunction and for writ of subpoena; (3) writ of injunction and return; (4) writ of subpoena and return.
*Chancery Case* 132 of 1830.